IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ERIC DUNCAN,** *et al*.                                                                                   **PLAINTIFFS**

**v.**                                  **Case No. 2:15-cv-0077-KGB/JJV**

**WOODRUFF COUNTY JAIL,** *et al*.                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be dismissed without prejudice. The relief sought is denied.

It is so adjudged this 28th day of December, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge